[No. 8813-1-I.  Division One.  November 23, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MANUEL GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88364, Nancy A. Holman, J., entered April 15,

1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.